March 12, 2010

Ms. Sarah B. Duncan
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701
Mr. Scott Rothenberg
Law Offices of Scott Rothenberg
2777 Allen Pkwy., Ste. 1000
Houston, TX 77019

RE: Case Number: 07-0340
 Court of Appeals Number: 01-06-00129-CV
 Trial Court Number: 2003-36752

Style: SPIR STAR AG
 v.
 LOUIS KIMICH

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and enclosed
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Charles Bacarisse |